IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR 16-00109 DKW |
|---|---|---|
| Plaintiff(s), | ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| vs. | ) | |
| BLAIN I. SILVA-BURROWS, | ) | |
| Defendant(s). | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed May 2, 2017 and served on all parties on May 3, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That Defendant is Mentally Competent to Stand Trial" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: May 22, 2017 at Honolulu, Hawai'i.

Derrick K. Watson
United States District Judge